IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR339 |
| vs. | ORDER |
| MICHAEL JOHN POJAR, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion for Continuance (filing 248) is granted.

2. Defendant Michael John Pojar's violation of supervised release hearing is continued to May 21, 2020, at 12:00 p.m., before the undersigned Chief United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of February, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge