IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12-CR-339 |
| vs. | ORDER |
| MICHAEL JOHN POJAR and STACEY KAY POJAR, | |
| Defendants. | |

IT IS ORDERED:

1. The government's motions to dismiss (filing 256 and filing 257) are granted.

2. The operative petitions for offender under supervision (filing 174 and filing 206) are dismissed.

3. The August 20, 2020 hearings are cancelled.

Dated this 18th day of August, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge